**Order entered March 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00321-CR

**MICHAEL FOY WALLING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83626-2017**

### ORDER

Before the Court is the State's Second Motion for Extension of Time to File its Brief. We **GRANT** the motion. We **ORDER** the brief received on March 4, 2022, filed as of the date of this order.

/s/    ERIN A. NOWELL
PRESIDING JUSTICE